Alice Van Straten et al., Individually, in Their Own Behalf and for Others Similarly Situated and Doing Business as Bethany Publishing House, an Unincorporated Association, Appellants, v. Continental Illinois National Bank and Trust Company; The First National Bank of Chicago; The Northern Trust Company; Continental Illinois Safe Deposit Company; Thomas D. Nash, Public Administrator of Cook County, Illinois, and Administrator of Estate of Mary S. Clayton, Deceased; Bertha Cuny et al., and Unknown Heirs at Law of Mary S. Clayton, Deceased, Appellees.

Gen. No. 46,660. 

First District, Second Division.

November 22, 1955.

Released for publication December 14, 1955.

Charles F. Hough, for plaintiffs-appellants; Louis A. Witry, of counsel; Edwin T. Schneberger, and Paul W. Brust and William C. Munchoff, for appellees; Joseph I. Bulger, of counsel. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.